# UNITED STATES DISTRICT COURT
# FOR THE
# MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| KAREN DEGANTE,           ) | |
|          ) | |
|       Plaintiff        ) | |
|          ) | **Case No.:** |
|    v.          ) | |
|          ) | **COMPLAINT AND DEMAND FOR** |
| VERDE ENERGY USA, INC.,    ) | **JURY TRIAL** |
|          ) | |
|       Defendant      ) | |

## COMPLAINT

KAREN DEGANTE ("Plaintiff"), by and through her attorneys, KIMMEL & SILVERMAN, P.C., alleges the following against VERDE ENERGY USA, INC. ("Defendant"):

## INTRODUCTION

1.      Plaintiff's Complaint is based on the Telephone Consumer Protection Act ("TCPA").

## JURISDICTION AND VENUE

2.      Jurisdiction of this Court arises pursuant to 28 U.S.C. § 1331. See Mims v. Arrow Fin. Services, LLC, 132 S. Ct. 740, 747, 181 L. Ed. 2d 881 (2012).

3.      Defendant conducts business in the Commonwealth of Pennsylvania and as such, personal jurisdiction is established.

1

4.      Venue is proper pursuant to 28 U.S.C. § 1391(b)(2).

## PARTIES

5.      Plaintiff is a natural person residing Wilkes Barre, Pennsylvania 18702.

6.      Plaintiff is a "person" as that term is defined by 47 U.S.C. § 153(39).

7.      Defendant is a corporation that has its office located in Norwalk, Connecticut 06851.

8.      Defendant is a "person" as that term is defined by 47 U.S.C. §153(39).

9.      Defendant acted through its agents, employees, officers, members, directors, heirs, successors, assigns, principals, trustees, sureties, subrogees, representatives, and insurers.

## FACTUAL ALLEGATIONS

10.      Plaintiff has a cellular telephone number that she has had for more than one year.

11.      Plaintiff has only used this number as a cellular telephone number.

12.      The phone number has been assigned to a cellular telephone service for which Plaintiff incurs a charge for incoming calls.

13.      Plaintiff never provided permission to Defendant to call her cellular telephone number or to contact her regarding any goods or services offered by

2

Defendant.

14.   Beginning in October 2014, Defendant called Plaintiff on her cellular telephone.

15.   When contacting Plaintiff on her cellular telephone, Defendant used an automatic telephone dialing system and/or automatic and/or pre-recorded messages.

16.   Defendant's messages would state its name and that its call was "for marketing purposes."

17.   Defendant's telephone calls were not made for "emergency purposes."

18.   For example, Defendant called Plaintiff on: October 7, 2014; October 8, 2014; October 20, 2014; and October 24, 2014.

## DEFENDANT VIOLATED THE
## TELEPHONE CONSUMER PROTECTION ACT

19.   Plaintiff incorporates the forgoing paragraphs as though the same were set forth at length herein.

20.   Defendant initiated multiple automated telephone calls to Plaintiff's cellular telephone using a prerecorded voice.

21.   Defendant initiated these automated calls to Plaintiff using an automatic telephone dialing system.

22.   Defendant's calls to Plaintiff were not made for emergency purposes.

3

23.    Defendant's calls to Plaintiff, in and after October 2014, were not made with Plaintiff's prior express consent.

24.    Defendant's acts as described above were done with malicious, intentional, willful, reckless, wanton and negligent disregard for Plaintiff's rights under the law and with the purpose of harassing Plaintiff.

25.    The acts and/or omissions of Defendant were done unfairly, unlawfully, intentionally, deceptively and fraudulently and absent bona fide error, lawful right, legal defense, legal justification or legal excuse.

26.    As a result of the above violations of the TCPA, Plaintiff has suffered the losses and damages as set forth above entitling Plaintiff to an award of statutory, actual and trebles damages.

## PRAYER FOR RELIEF

WHEREFORE, Plaintiff, KAREN DEGANTE, respectfully prays for a judgment as follows:

   a.    All actual damages suffered pursuant to 47 U.S.C. § 227(b)(3)(A);

   b.    Statutory damages of $500.00 per violative telephone call pursuant to 47 U.S.C. § 227(b)(3)(B);

   c.    Treble damages of $1,500 per violative telephone call pursuant to 47 U.S.C. §227(b)(3);

4

1

2

d.  Injunctive relief pursuant to 47 U.S.C. § 227(b)(3);

3

e.  Any other relief deemed appropriate by this Honorable Court.

4

**DEMAND FOR JURY TRIAL**

5

PLEASE TAKE NOTICE that Plaintiff, KAREN DEGANTE, demands a

6

jury trial in this case.

7

8

9

RESPECTFULLY SUBMITTED,

10

11

Dated: March 20, 2015          By: /s/ Craig Thor Kimmel

12

Craig Thor Kimmel, Esquire
Attorney ID # 57100

13

Kimmel & Silverman, P.C.

14

30 E. Butler Pike
Ambler, PA 19002

15

Phone: (215) 540-8888

16

Fax: (877) 788-2864
Email: kimmel@creditlaw.com

17

18

19

20

21

22

23

24

25

5

PLAINTIFF'S COMPLAINT