# UNITED STATES DISTRICT COURT
# FOR THE
# MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| KAREN DEGANTE, | ) |
| Plaintiff | ) Case No.: 3:15-cv-00567-EMK |
| v. | ) NOTICE OF ACCEPTANCE OF DEFENDANT'S RULE 68 OFFER OF JUDGMENT TO PLAINTIFF |
| VERDE ENERGY USA, INC., | ) |
| Defendant. | ) |

PLEASE TAKE NOTICE that, pursuant to Rule 68 of the Federal Rules of Civil Procedure, Plaintiff hereby accepts Defendant's Rule 68 Offer of Judgment. Defendant's Rule 68 Offer of Judgment is attached hereto as Exhibit "A".

Date: April 13, 2015

Respectfully Submitted,

KIMMEL & SILVERMAN, P.C.

/s/ Craig Thor Kimmel
Craig Thor Kimmel
30 E. Butler Pike
Ambler, PA 19002
Phone: (215) 540-8888
Fax: (877) 788-2864
Email: kimmel@creditlaw.com