UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

KAREN DEGANTE,

    Plaintiff,

v.

VERDE ENERGY USA, INC.,

    Defendant.

CIVIL ACTION NO. 3:15-CV-567

(JUDGE KOSIK)

### ORDER

Counsel having reported to the court that the above case has been settled, it is hereby ordered that this case is dismissed without costs and without prejudice to the right, upon good cause shown within 60 days, to reinstate the action if the settlement is not consummated.

The court retains jurisdiction over the settlement agreement.

_/s/ Edwin M. Kosik_
Edwin M. Kosik
United States District Judge

Dated: April 14, 2015

FILED
SCRANTON

APR 1 5 2015

Per_____JC_____
DEPUTY CLERK